IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TYLER A. RUHL,

                          **Petitioner,**

   v.                                                     CASE NO. 23-3053-JWL

TOMMY WILLIAMS,

                          **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed under 28 U.S.C. § 2254. (Doc. 1.) It comes before the Court on Respondent's second motion for additional time to file his answer. (Doc. 9.) The motion is granted. Respondent is granted to and including July 27, 2023, in which to file his answer.

**IT IS THEREFORE ORDERED** that Respondent's motion for extension of time (Doc. 9) is **granted**. Respondent is granted to and including July 27, 2023 in which to file his answer. Petitioner will then have to and including August 28, 2023 in which to file a traverse thereto.

**IT IS SO ORDERED.**

DATED:   This 27th day of June, 2023, at Kansas City, Kansas.

                                                           S/ John W. Lungstrum

                                                            JOHN W. LUNGSTRUM
                                                            United States District Judge