# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TYLER A. RUHL,

                      Petitioner,

     v.                                                       CASE NO. 23-3053-JWL

TOMMY WILLIAMS,

                      Respondent.

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed under 28 U.S.C. § 2254. (Doc. 1.) The answer initially was due on April 28, 2023. (Doc. 6.) It comes before the Court on Respondent's third motion for an extension of time to file his answer. (Doc. 11.) The motion is granted. Respondent is granted to and including August 28, 2023, in which to file his answer.

**IT IS THEREFORE ORDERED** that Respondent's motion for extension of time (Doc. 11) is **granted**. Respondent is granted to and including August 28, 2023 in which to file his answer. No further extensions of time will be granted absent exceptional circumstances. Petitioner will then have to and including September 28, 2023 in which to file a traverse thereto.

**IT IS SO ORDERED.**

DATED:  This 25th day of July, 2023, at Kansas City, Kansas.

                                                 S/ John W. Lungstrum
                                                 JOHN W. LUNGSTRUM
                                                 United States District Judge